**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CENTRE DAILY TIMES, SPOTLIGHT PA, and STATECOLLEGE.COM, Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 4:26-cv-01442 Chief Judge Matthew W. Brann |
| DAVID KLEPPINGER, DANIEL ONORATO, and RICHARD SOKOLOV, *in their official capacities*, Defendants. | : | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**UPON CONSIDERATION** of Plaintiff's motion for preliminary injunction, the opposition thereto, and the entire record herein, it is hereby:

**ORDERED** that Plaintiffs' motion is **GRANTED**;

**ORDERED** that Defendants, their officers, agents, affiliates, subsidiaries, servants, employees, successors, and all other persons or entities in active concert or privity or participation with them are hereby **ENJOINED** from enforcing or threatening to enforce Sections 2.03(c) and 2.04(c) of the Bylaws of the Pennsylvania State University, pending final disposition of the above-captioned matter.

The Court waives the security requirement of Rule 65(c) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this _____ day of ______, 2026.

__________________________________

Hon. Matthew W. Brann
United States District Judge