## EXHIBIT TABLE OF CONTENTS

| | |
|---|---|
| Declaration of Jessica McAllister | |
| McAllister Ex. A | Halie Kines, *Do Penn State's Bylaws Restrict Trustees' Freedom of Speech? What Experts Said*, Centre Daily Times (Nov. 24, 2025), https://perma.cc/454U-VP2C |
| McAllister Ex. B | Josh Moyer, *Will Penn State, Big Ten OK $2.4B Deal Likened to 'Payday Loan'? PSU, Trustees Mum*, Centre Daily Times (Nov. 13, 2025), https://perma.cc/R2SA-EBUP |
| McAllister Ex. C | Halie Kines, *Penn State Trustees Approve Bylaw Changes that Further Limit Media Interactions*, Centre Daily Times (Nov. 7, 2025), https://perma.cc/LYE5-NM2Y |
| McAllister Ex. D | Halie Kines, *Penn State Trustees Permanently Remove Barry Fenchak from the Board*, Centre Daily Times (June 16, 2025), https://perma.cc/54KG-XXHT |
| McAllister Ex. E | Bret Pallotto, *Centre County Judge Halts Penn State Board of Trustees from Removing Outspoken Trustee*, Centre Daily Times (Apr. 11, 2025), https://perma.cc/NF76-USXV |
| McAllister Ex. F | Alice Pope, *Alumni Association Eschewing Inclusiveness*, Centre Daily Times (Apr. 18, 2015), https://perma.cc/7RF7-245J |
| Declaration of Sarah Rafacz | |
| Rafacz Ex. A | Wyatt Massey, *Penn State Trustees Undergo Transparency Training as Part of Settlement with Spotlight PA*, Spotlight PA (Sept. 19, 2025), https://perma.cc/2ASK-9JWQ |

| | |
|---|---|
| Rafacz Ex. B | Wyatt Massey, *How Penn State Trustees Plan to Vote on Campus Closures Could Run Afoul of Transparency Law*, Spotlight PA (May 7, 2025), https://perma.cc/6V5Y-F6ND |
| Rafacz Ex. C | Wyatt Massey, *Penn State Trustee Scolded for Making 'Spectacle' in Push to Name Football Field after Joe Paterno*, Spotlight PA (Apr. 6, 2024), https://perma.cc/Z3VR-YFMW |
| Rafacz Ex. D | Wyatt Massey, *Review of Penn State Contracts Reveals Incorrect Filings, Questions about Trustee Disclosures*, Spotlight PA (Sept. 21, 2023), https://perma.cc/VX3Q-JM2G |
| Rafacz Ex. E | Wyatt Massey, *Penn State Trustees Rarely Discuss Key Issues Before Voting — Unless They're Related to Athletics or Rules for Members*, Spotlight PA (Nov. 21, 2024), https://perma.cc/SZ2Q-XHX8 |
| Rafacz Ex. F | Wyatt Massey, *Penn State Trustees Pass Almost 85% of Measures without a Single Dissenting Vote*, Spotlight PA (Dec. 5, 2024), https://perma.cc/K3RQ-UGCD |
| Declaration of Geoff Rushton | |
| Rushton Ex. A | Geoff Rushton, *Developer Presents Final Plan for New Student Housing Complex on Penn State Campus*, StateCollege.com (Dec. 9, 2025), https://bit.ly/4uMWUBd |
| Rushton Ex. B | Geoff Rushton, *Penn State Trustees Vote to Remove Barry Fenchak from Board*, StateCollege.com (June 16, 2025), https://perma.cc/DFL8-8JUU |
| Rushton Ex. C | Joe Lister & Geoff Rushton, *Penn State Board of Trustees Alters Election, Conduct Codes*, StateCollege.com (July 31, 2024), https://perma.cc/8XV7-ALUF |

| | |
|---|---|
| Rushton Ex. D | Alvin de Levie, *Column: 'They've Lost Their Way,' Former Trustee Says of Penn State Board*, StateCollege.com (Oct. 29, 2024), https://perma.cc/Q8GZ-EGXG |
| Rushton Ex. E | Email from A. Lubrano to G. Rushton, dated June 3, 2026, with attached letter from Defendants D. Kleppinger, R. Sokolov, and D. Onorato to A. Lubrano, dated May 30, 2025 |
| Declaration of Alice Pope | |
| Pope Ex. A | Letter from Defendants D. Kleppinger, R. Sokolov, and D. Onorato to A. Pope, dated May 30, 2025 |