**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CENTRE DAILY TIMES,<br>SPOTLIGHT PA, and<br>STATECOLLEGE.COM,<br>Plaintiffs,<br>v.<br><br>DAVID KLEPPINGER,<br>DANIEL ONORATO, and<br>RICHARD SOKOLOV,<br>*in their official capacities*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br><br>: | NO. 4:26-cv-01442-MWB |

**DECLARATION OF JESSICA McALLISTER**

I, Jessica McAllister, declare as follows:

1. I am the executive editor of the Centre Daily Times, and have been in that position since 2019.

2. I have personal knowledge of the matters stated in this declaration.

3. The Centre Daily Times office is located at 330 Innovation Blvd., Suite 211, State College, PA 16803.

4. Founded more than 120 years ago, the Centre Daily Times is a daily newspaper serving central Pennsylvania. Reporting on Pennsylvania State University ("Penn State" or the "University"), the area's largest employer, is central to our coverage.

5. Getting quotes from sources with knowledge about Penn State is a necessary step in covering any major story about the University.

6. The Centre Daily Times has, accordingly, published many articles about Penn State. Non-exhaustive examples include:

a. Halie Kines, *Do Penn State's Bylaws Restrict Trustees' Freedom of Speech? What Experts Said*, Centre Daily Times (Nov. 24, 2025), https://perma.cc/454U-VP2C. A true and correct copy of this article is attached hereto as McAllister Exhibit A.

b. Josh Moyer, *Will Penn State, Big Ten OK $2.4B Deal Likened to 'Payday Long'? PSU, Trustees Mum*, Centre Daily Times (Nov. 13, 2025), https://perma.cc/R2SA-EBUP. A true and correct copy of this article is attached hereto as McAllister Exhibit B.

c. Halie Kines, *Penn State Trustees Approve Bylaw Changes that Further Limit Media Interactions*, Centre Daily Times (Nov. 7, 2025), https://perma.cc/LYE5-NM2Y. A true and correct copy of this article is attached hereto as McAllister Exhibit C.

d. Halie Kines, *Penn State Trustees Permanently Remove Barry Fenchak from the Board*, Centre Daily Times (Jun. 16, 2025), https://perma.cc/54KG-XXHT. A true and correct copy of this article is attached hereto as McAllister Exhibit D.

e. Brett Pallotto, *Centre County Judge Halts Penn State Board of Trustees from Removing Outspoken Trustee*, Centre Daily Times (Apr. 11, 2025), https://perma.cc/NF76-USXV. A true and correct copy of this article is attached hereto as McAllister Exhibit E.

7. The Centre Daily Times has also published an op-ed by Emeritus Trustee Alice Pope during her time as an alumni-elected trustee. Alice Pope, *Alumni Association Eschewing Inclusiveness*, Centre Daily Times (Apr. 18, 2015) https://perma.cc/GN92-7SSB. A true and correct copy of this article is attached hereto as McAllister Exhibit F.

8. During my time at the Centre Daily Times, reporters have rarely been able to get comment or information from members of the Penn State Board of Trustees.

9. This lack of information makes comprehensive reporting on important issues much more challenging. Speaking freely with trustees willing to talk to media would significantly help Centre Daily Times reporters cover the operations of Penn State and related matters in the future.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 8, 2026

Signed by:
Jessica McAllister
0F40EE1CA8494F5...

Jessica McAllister
Executive Editor,
Centre Daily Times