**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CENTRE DAILY TIMES,<br>SPOTLIGHT PA, and<br>STATECOLLEGE.COM,<br>Plaintiffs,<br><br>v.<br><br>DAVID KLEPPINGER,<br>DANIEL ONORATO, and<br>RICHARD SOKOLOV,<br>*in their official capacities*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | NO. 4:26-cv-01442-MWB |

**DECLARATION OF SARAH RAFACZ**

I, Sarah Rafacz, declare as follows:

1. I am the editor of the State College regional bureau of the nonprofit, nonpartisan news outlet Spotlight PA, and have held that role since April 18, 2022.

2. I have personal knowledge of the matters stated in this declaration.

3. Spotlight PA is located in Dauphin County, PA, at 312 Market St., #11728, Harrisburg, PA 17108.

4. The State College bureau of Spotlight PA was founded in 2022. One of the first hires was a reporter whose beat focused specifically on the Pennsylvania State University ("Penn State" or the "University") and its influence on the region and how the University operates internally.

5. Our Penn State reporter Wyatt Massey covered the University from 2022 through 2025. A.J. Rao, a new Penn State reporter, began in that role on April 27, 2026.

6. News coverage produced by Spotlight PA related to Penn State and its Board includes, but is not necessarily limited to, the following articles:

a) Wyatt Massey, *Penn State Trustees Undergo Transparency Training as Part of Settlement with Spotlight PA*, Spotlight PA (Sept. 19, 2025), https://perma.cc/2ASK-9JWQ. A true and correct copy of this article is attached hereto as Rafacz Exhibit A.

b) Wyatt Massey, *How Penn State Trustees Plan to Vote on Campus Closures Could Run Afoul of Transparency Law*, Spotlight PA (May 7, 2025), https://perma.cc/6V5Y-F6ND. A true and correct copy of this article is attached hereto as Rafacz Exhibit B.

c) Wyatt Massey, *Penn State Trustee Scolded for Making 'Spectacle' in Push to Name Football Field after Joe Paterno*, Spotlight PA (Apr. 6, 2024), https://perma.cc/Z3VR-YFMW. A true and correct copy of this article is attached hereto as Rafacz Exhibit C.

d) Wyatt Massey, *Review of Penn State Contracts Reveals Incorrect Filings, Questions about Trustee Disclosures*, Spotlight PA (Sept. 21, 2023),

https://perma.cc/VX3Q-JM2G. A true and correct copy of this article is attached hereto as Rafacz Exhibit D.

e) Wyatt Massey, *Penn State Trustees Rarely Discuss Key Issues Before Voting—Unless They're Related to Athletics or Rules for Members*, Spotlight PA (Nov. 21, 2024), https://perma.cc/SZ2Q-XHX8. A true and correct copy of this article is attached hereto as Rafacz Exhibit E.

f) Wyatt Massey, *Penn State Trustees Pass Almost 85% of Measures without a Single Dissenting Vote*, Spotlight PA (Dec. 5, 2024), https://perma.cc/K3RQ-UGCD. A true and correct copy of this article is attached hereto as Rafacz Exhibit F.

7. Spotlight PA's reporters often use public records, public meetings, and, where possible, information from those with knowledge about Penn State's operations in their reporting.

8. Statements and viewpoints of elected officials, related to Penn State and many other topics, are often newsworthy because they affect Spotlight PA readers who vote for those officials.

9. Speaking with Penn State trustees would aid Spotlight PA in reporting on issues related to Penn State.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 9, 2026

Sarah Rafacz

Sarah Rafacz
State College bureau editor,
Spotlight PA