**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CENTRE DAILY TIMES,<br>SPOTLIGHT PA, and<br>STATECOLLEGE.COM,<br>Plaintiffs,<br>v.<br>DAVID KLEPPINGER,<br>DANIEL ONORATO, and<br>RICHARD SOKOLOV,<br>*in their official capacities*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | NO. 4:26-cv-01442-MWB |

# <u>DECLARATION OF GEOFF RUSHTON</u>

I, Geoff Rushton, declare as follows:

1. I am a news writer and managing editor for StateCollege.com.

2. I have personal knowledge of the matters stated in this declaration.

3. StateCollege.com is based at 2929 Stewart Drive, Suite 301, State College, PA.

4. StateCollege.com covers local stories in the central Pennsylvania area.

5. I have worked for StateCollege.com for 10 years. Previously, I worked as a reporter for the Wilkes-Barre Citizen and Blue & White Illustrated. I have also worked in public relations for Penn State University. ("Penn State").

6. My stories at StateCollege.com cover local government, crime, and Penn State. Reporting on Penn State constitutes a significant portion of StateCollege.com's coverage.

7. Examples of such coverage include:

a. Geoff Rushton, *Developer Presents Final Plan for New Student Housing Complex on Penn State Campus*, StateCollege.com (Dec. 9, 2025), https://bit.ly/4uMWUBd. A true and correct copy of this article is attached hereto as Rushton Exhibit A.

b. Geoff Rushton, *Penn State Trustees Vote to Remove Barry Fenchak from Board*, StateCollege.com (Jun. 16, 2025), https://perma.cc/DFL8-8JUU. A true and correct copy of this article is attached hereto as Rushton Exhibit B.

c. Joe Lister & Geoff Rushton, *Penn State Board of Trustees Alters Election, Conduct Codes*, StateCollege.com (Jul. 31, 2024), https://perma.cc/8XV7-ALUF. A true and correct copy of this article is attached hereto as Rushton Exhibit C.

d. Alvin de Levie, *Column: 'They've Lost Their Way' Former Trustee Says of Penn State Board*, StateCollege.com (Oct. 29, 2024), https://perma.cc/Q8GZ-EGXG. A true and correct copy of this article is attached hereto as Rushton Exhibit D.

8. Reporting on Penn State's activities requires access to information about what is happening at Penn State, including information from individuals involved in the decision-making process.

9. Trustees vote on many of the most important issues to the Penn State community, and so can provide valuable information that is important to the community. Their opinions about various Penn State are also crucial to know, since their votes are decisive when matters come before the Board of Trustees.

10. But I am usually unable to speak with trustees in the course of my reporting, and generally have to deal with Penn State's strategic communications office instead.

11. In my opinion, trustees being able to freely speak with me and other reporters at StateCollege.com would be highly beneficial to our coverage of Penn State moving forward.

12. On June 3, 2026, shortly after the filing of the complaint in this case, I received an email from Anthony Lubrano, a trustee elected by Penn State alumni. The email attached a letter from Board leadership that Mr. Lubrano said he received after he appeared at a press conference on May 22, 2025, alongside Emerita Trustee Alice Pope. The email also said: "As a result of the recent Bylaws changes and receipt of the attached letter, I too have become more cautious and selective about what I say publicly, even when I believe speaking would benefit

the University and its community." A true and correct copy of that email and its attachment is attached hereto as Rushton Exhibit E.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 9, 2026

Geoff Rushton

Geoff Rushton
Managing Editor,
StateCollege.com