# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CENTRE DAILY TIMES,
SPOTLIGHT PA, and
STATECOLLEGE.COM,

      Plaintiffs,

      v.

DAVID KLEPPINGER, DANIEL
ONORATO, and RICHARD
SOKOLOV, *in their official capacities*,

      Defendants.

Civil Action No. 4:26-cv-01442-MWB

(Chief Judge Matthew W. Brann)

## JOINT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS TO THE MOTION FOR PRELIMINARY INJUNCTION AND TO STAY ALL OTHER DEADLINES

Plaintiffs, Centre Daily Times, Spotlight PA, and StateCollege.com, and Defendants, David Kleppinger, Daniel Onorato, and Richard Sokolov, in their official capacities, jointly move the Court for an extension of time to file opposition and reply briefs to the Plaintiff's Motion for Preliminary Injunction, ECF No. 14, and to stay all other deadlines pending the Court's ruling on the Motion for Preliminary Injunction. In further support of this Motion, the Parties state as follows:

1. On June 11, 2026, Plaintiffs filed a Motion for Preliminary Injunction.

2. Defendants' current deadline to file a brief in opposition to the Motion for Preliminary Injunction is June 24, 2026. *See* L.R. 7.6. Plaintiffs' current

deadline to file a reply brief would be no later than July 8, 2026.  *See* L.R. 7.7.

3.     During a telephonic status conference held on June 15, 2026, *see* ECF No. 16, the Parties agreed that there is good cause to extend the briefing schedule for Plaintiffs' Motion for Preliminary Injunction, for the reasons further explained herein.

4.     The Parties respectfully request that:

a.     Defendants' deadline to file the brief in opposition to the Motion for Preliminary Injunction be extended to July 21, 2026,

b.     Plaintiffs' deadline to file a reply brief in support of the Motion for Preliminary Injunction be extended to July 31, 2026,

c.     All other case deadlines be stayed pending a decision on the Motion for Preliminary Injunction, and

d.     Defendants' deadline to respond to the complaint be extended to thirty (30) days after the Court rules on the Motion for Preliminary Injunction.

5.     This is the same schedule that the Parties agreed to at the June 15, 2026 status conference.

6.     There is good cause for this Motion.  This is the Parties' first request for an extension of time, and the issues raised by the Motion present complex questions of constitutional law.   Given the intervening federal holidays on

Juneteenth and Independence Day, the Parties and Court would benefit from the additional time to research and develop the arguments and record.

7.      Additionally, given the overlap between the issues raised by the Motion for Preliminary Injunction and likely arguments on a motion to dismiss, it would conserve the resources of the Court and the Parties for other case deadlines to be stayed pending the Court's decision on the Motion for Preliminary Injunction.

WHEREFORE, the Parties respectfully request that the Court enter the schedule set forth herein.

Dated:  June 16, 2026

Respectfully submitted,

*/s/ Paula Knudsen Burke*

Paula Knudsen Burke
PA Bar No. 87607
REPORTERS COMMITTEE FOR FREEDOM
OF THE PRESS
4000 Crums Mill Rd., Ste. 101
Harrisburg, PA 17112
(717) 370-6884
pknudsen@rcfp.org

Renee M. Griffin
*Admitted Pro Hac Vice*
REPORTERS COMMITTEE FOR FREEDOM
OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 800-3247
rgriffin@rcfp.org

Heather E. Murray
*Admitted Pro Hac Vice*
Kyle S. Clauss
*Pro Hac Vice Forthcoming*
CORNELL LAW SCHOOL
FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
(607) 255-8518
hem58@cornell.edu
ksc227@cornell.edu

*Counsel for Plaintiffs*

*/s/ Andrew R. Stanton*

Andrew R. Stanton, Esquire
PA Bar No. 93409
Susan E. Kessler, Esquire
PA Bar No. 322558
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219.2514
Telephone: (412) 391-3939
Fax: (412) 394-7959
astanton@jonesday.com
skessler@jonesday.com

*Counsel for Defendants*