<u>**EXHIBIT TABLE OF CONTENTS**</u>


| **DECLARATION OF SHANNON S. HARVEY** | |
|---|---|
| Harvey Ex. 1 | The Amended and Restated Bylaws of The Pennsylvania State University, as amended July 17, 2026 |
| Harvey Ex. 2 | Redline Comparison of the Amended and Restated Bylaws of The Pennsylvania State University, as amended July 17, 2026, with the prior version of the Amended and Restated Bylaws of The Pennsylvania State University, dated November 7, 2025 |