**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CENTRE DAILY TIMES,<br>SPOTLIGHT PA, and<br>STATECOLLEGE.COM,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID KLEPPINGER, DANIEL<br>ONORATO, and RICHARD<br>SOKOLOV,<br><br>*Defendants*. | Civil Action No. 4:26-cv-01442<br><br>(Chief Judge Matthew W. Brann) |

**<u>DECLARATION OF SHANNON S. HARVEY</u>**

I, Shannon S. Harvey, declare and state as follows:

1. My name is Shannon S. Harvey. The information set forth in this Declaration is based on my personal knowledge, and I have access to and familiarity with the relevant corporate records and public information referenced herein. I can and would competently testify to these matters if called to do so.

2. I am Assistant Vice President and Secretary to the Pennsylvania State University ("the University") Board of Trustees ("the Board"). As Secretary, it is my duty, among other responsibilities, to keep an original or duplicate record of the proceedings of the Board and copies of the Charter and Bylaws, and to be custodian of the corporate records of the University. *See* Bylaws § 5.06.

3. Pursuant to the Bylaws, the Board has established a Governance Committee to consider and make reports and recommendations to the Board on updates to the Bylaws, among other matters. Bylaws § 3.03(e)(2).

4. The Governance Committee held a regularly scheduled meeting on July 16, 2026, during which it considered proposed amendments to the Bylaws and ultimately recommended the proposed amendments for a full Board vote.

5. In introducing the amendments, Chair of the Governance Committee, Dan Onorato, explained that the amendments reflected, among other things, "conforming changes to bring the Bylaws in line with our new approach to emeriti trustees." The Pennsylvania State University, *Governance Committee Meeting*, at 05:27–05:35 (July 16, 2026). Chair Onorato further explained that the revisions to Sections 2.03(c) and 2.04(c) of the Bylaws were "to ensure internal consistency and clarify that the relevant provisions apply when trustees are acting in a trustee capacity." *Id.* at 05:59–06:08.

6. A true and correct recording of the July 16, 2026 Governance Committee meeting, as it is regularly maintained in the course of Board activities, is publicly available at https://psu.mediaspace.kaltura.com/media/t/1_7wutxx6p.

7. On July 17, 2026, the full Board adopted the amendments to the Bylaws by unanimous vote.

8. A true and correct copy of the Bylaws, as amended and restated on July 17, 2026, and as regularly maintained in the course of Board activities, is attached as Exhibit 1.

9. A true and correct copy of a redline comparing the Bylaws, as amended and restated on July 17, 2026, with the prior version of the Bylaws, dated November 7, 2025, is attached to this Declaration as Exhibit 2.

* * * * *

In compliance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 20, 2026

Shannon S. Harvey

Shannon S. Harvey