## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2026, I electronically filed a true and correct copy of the foregoing Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction using the Court's CM/ECF system, which will generate a Notice of Electronic Filing that effects service on all counsel of record, sufficient to satisfy the requirements of Federal Rule of Civil Procedure 5(b)(2)(E). *See* L. Civ. R. 5.7.

Dated: July 21, 2026

*/s/ Andrew R. Stanton*
Andrew R. Stanton