**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CENTRE DAILY TIMES,<br>SPOTLIGHT PA, and<br>STATECOLLEGE.COM,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID KLEPPINGER, DANIEL<br>ONORATO, and RICHARD<br>SOKOLOV, *in their official capacities*,<br><br>Defendants. | Civil Action No. 4:26-cv-01442-MWB<br><br>(Chief Judge Matthew W. Brann) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE**
**A SUR-REPLY IN OPPOSITION TO PLAINTIFFS'**
**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7.7, Defendants David Kleppinger, Daniel Onorato, and Richard Sokolov, by and through undersigned counsel, respectfully move the Court for leave to file a sur-reply in opposition to Plaintiff's motion for preliminary injunction. In support of said motion, Defendants state as follows:

1. On June 10, 2026, Plaintiffs filed a motion for a preliminary injunction. *See* ECF Nos. 13 & 14.

2. A hearing on Plaintiffs' motion for a preliminary injunction is scheduled for September 9, 2026 at 10:00 a.m. *See* ECF No. 32.

3. On July 21, 2026, Defendants filed a brief in opposition to the motion for a preliminary injunction. *See* ECF No. 24.

4. On August 14, 2026, Plaintiffs filed a reply in support of their motion for a preliminary injunction. *See* ECF No. 31.

5. Plaintiffs' reply introduced new evidence and arguments in support of their motion for a preliminary injunction that Defendants should have the opportunity to address. Defendants' proposed sur-reply is attached as Exhibit A to this motion.

WHEREFORE, Defendants respectfully request the Court enter an order granting leave to Defendants to file the sur-reply brief.

Dated: September 2, 2026

Respectfully submitted,

*/s/ Andrew R. Stanton*

Andrew R. Stanton (Pa. #93409)
Susan E. Kessler (Pa. #322558)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Tel: (412) 391-3939
Fax: (412) 394-7959
astanton@jonesday.com
skessler@jonesday.com

Anthony J. Dick
(admitted *pro hac vice*)
Anthony J. Jeffries
(admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700
ajdick@jonesday.com
ajjeffries@jonesday.com

*Counsel for Defendants*
*David Kleppinger, Daniel Onorato, and*
*Richard Sokolov*