**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CENTRE DAILY TIMES, SPOTLIGHT PA, and STATECOLLEGE.COM,

Plaintiffs,

v.

DAVID KLEPPINGER, DANIEL ONORATO, and RICHARD SOKOLOV, *in their official capacities*,

Defendants.

Civil Action No. 4:26-cv-01442-MWB

(Chief Judge Matthew W. Brann)

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.36, in relation to Plaintiffs' preliminary injunction motion (Dkt. No. 14), Defendants notify the Court of the Fifth Circuit's recent ruling in *Jackson Federation of Teachers v. Fitch*. Ex. 1. The Fifth Circuit explained that, "to properly rule on a First Amendment facial challenge," courts "must perform" the facial-challenge analysis in *Moody v. NetChoice, LLC*, emphasizing that "a facial First Amendment challenge" can "succeed only by following *Moody*'s two-step process." *Id.* at 10-11. That includes, where appropriate, applying "the *Garcetti* framework" to identify constitutional and unconstitutional applications of the challenged rule as written. *Id.* at 22.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Andrew R. Stanton*

Andrew R. Stanton (Pa. #93409)
Susan E. Kessler (Pa. #322558)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Tel: (412) 391-3939
Fax: (412) 394-7959
astanton@jonesday.com
skessler@jonesday.com

Anthony J. Dick (admitted *pro hac vice*)
Anthony J. Jeffries (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700
ajdick@jonesday.com
ajjeffries@jonesday.com

*Counsel for Defendants*